

7/18/02

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

FILED
OCT 3 0 2007 *rq*
OCT. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**    *JH*

KRISTINE E. HENRIKSEN
_____
Plaintiff

v.

MICHAEL J. ASTRUE
_____
Defendant(s)

**07CV6142**
CASE **JUDGE BUCKLO**
JUD( **MAG.JUDGE COLE**

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Kristine E. Henriksen__, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☐Yes    ☒No    (If "No," go to Question 2)
    I.D. #_____ Name of prison or jail: _____
    Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2.  Are you currently employed?    ☐Yes    ☒No
    Monthly salary or wages:_____
    Name and address of employer: _____

    a.  If the answer is "No":
        Date of last employment: *Oct 31, 2001*
        Monthly salary or wages: *$ 8,333 / mo*
        Name and address of last employer: *DIVINE INC. BUTTERFIELD RD & NAPERVILLE RD, NAPERVILLE, IL - NO LONGER IN BUSINESS*

    b.  Are you married?    ☐Yes    ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages    ☐Yes    ☒No
        Amount_____ Received by_____

b.    ☐ Business, ☐ profession or ☐ other self-employment        ☐ Yes    ☒ No
Amount_____Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends        ☐ Yes    ☒ No
Amount_____Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                ☐ Yes    ☒ No
Amount_____Received by_____

e.    ☐ Gifts or ☐ inheritances        ☐ Yes    ☒ No
Amount_____Received by_____

f.    ☐ Any other sources (state source:_____)    ☐ Yes    ☒ No
Amount_____Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?    ☒ Yes    ☐ No    Total amount: $10,300 *
In whose name held: _MINE_    Relationship to you: _SELF_

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?    _CONVERSIONS_    ☒ Yes    ☐ No
Property: _RETIREMENT - 401K + IRA_ Current Value: $110 K    **
In whose name held: _MINE_    Relationship to you: _SELF_

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?    ☒ Yes    ☐ No
Address of property: _1008 N RIDGE AVE ARLINGTON HTS IL 60004_
Type of property: _MY HOME_    Current value: $300 K
In whose name held: _MINE_    Relationship to you: _SELF_
Amount of monthly mortgage or loan payments: $1220.00
Name of person making payments: _KRISTINE HENRIKSEN_

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                        ☒ Yes    ☐ No
Property: _MY CAR - 2002 HYUNDAI SANTA FE_
Current value: _? 5K - 7K_
In whose name held: _MINE_    Relationship to you: _SELF_

8.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____

_____

* REMAINS OF MY SAVINGS — USE APPROXIMATELY
$3K/MONTH for bills.

** PENALTIES FOR
WITHDRAWING

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _10/25/07_

_Kristine E Henriksen_
Signature of Applicant

_KRISTINE E HENRIKSEN_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _____, I.D.#_____, has the sum

of $_____ on account to his/her credit at (name of institution)_____.

I further certify that the applicant has the following securities to his/her credit:_____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).


_____                _____
        DATE                                        SIGNATURE OF AUTHORIZED OFFICER


                                             _____
                                                        (Print name)

rev. 7/18/02