# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6142 | **DATE** | 11/19/2007 |
| **CASE TITLE** | Henriksen vs. Astrue | | |

**DOCKET ENTRY TEXT**

Plaintiff motion to proceed in forma pauperis is granted. Plaintiff's counsel to serve defendant with process. Plaintiff's motion for summary judgment due by 2/18/08; response 3/10/08; and any reply by 3/17/08. Target date for ruling by mail set for 4/18/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|

Case 1:07-cv-06142    Document 5    Filed 11/19/2007    Page 1 of 1

07C6142 Henriksen vs. Astrue                                                                 Page 1 of 1