# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kristine E. Henriksen | 07C6142 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Michael J. Astrue | S/C |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Peter Keisler, Acting Attorney General

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** U.S. Department of Justice, 950 Pennsylvania Ave. N.W., Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Frederick J. Daley, Jr.<br>Daley, DeBofsky & Bryant<br>55 W. Monroe St., Suite 2440<br>Chicago, IL 60603 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                  Fold

# FILED

## DEC 2 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | TELEPHONE NUMBER | DATE |
|---|---|---|
| X PLAINTIFF<br>☐ DEFENDANT | | 12-07-07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Td | Date |
|---|---|---|---|---|---|---|
| | 3 of 3 | No. 24 | No. 24 | | | 12-07-07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|---|
| Address (complete only if different than shown above)<br>Received Receipt of certified delivery (green card) Signed by E. Parker. | Date of Service<br>12/12/07 | Time  am  pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 0 | 0 | 5.77 | 5.77 | 0 | 5.77 | 0 |

REMARKS: Mailed Certified Mail 70070710 0000 9600 5141

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Acting Attorney General
Peter Keisler
Department of Justice
950 Pennsylvania, Ave. NW
Washington, DC 20530

2. Article Number
(Transfer from service label)       7007 0710 0000 9600 5141

PS Form 3811, February 2004        Domestic Return Receipt

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
DEC 1 2 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No



3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**United States Marshal Service**
**219 S. Dearborn Street, Room 2444**
**Chicago, IL 60604**
**Attn: Civil**

07C6142