## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

| | |
|---|---|
| Kristine E. Henriksen<br>      Plaintiff,<br>v.<br>Michael J. Astrue<br>      Defendant. | Case No.: 1:07−cv−06142<br>Honorable Elaine E. Bucklo |

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

  MINUTE entry before Judge Elaine E. Bucklo :Parties having consented to the jurisdiction of a United States Magistrate Judge, this case is transferred to the Executive Committee for a reassignment to Judge Cole.No notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.