# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6142 | **DATE** | 1/24/2008 |
| **CASE TITLE** | Henriksen vs. Astrue | | |

**DOCKET ENTRY TEXT**

Briefing schedule previously set by Judge Bucklo is vacated. Plaintiff is given to 3/11/08 to file a motion for summary judgment and supporting memorandum. The response and/or cross motion for summary judgment with supporting memorandum are due by 4/25/08. Reply is due by 5/5/08. Court will rule by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|