UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTINE E. HENRIKSEN,           ) | |
|                                  ) | |
|           Plaintiff,             ) | No.  07 C 6142 |
|                                  ) | |
|      v.                          ) | |
|                                  ) | Magistrate Judge Cole |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security,                 ) | |
|                                  ) | |
|           Defendant.             ) | |

## ANSWER

Defendant, Michael J. Astrue, Commissioner of Social Security, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, answers plaintiff's complaint as follows:

### First Defense

Answering the specific allegations of the complaint, the defendant United States admits, denies or otherwise avers as follows:

**1.** **Complaint:** This is an action for judicial review of a final decision of the Defendant Commissioner of the Social Security Administration denying Plaintiff's claim for the establishment of a period of disability and disability insurance benefits under § 216(I) and 223 of the Social Security Act and 42 U.S.C. §§ 416(I) and 423.

**Response:** Admit.

**2.** **Complaint:** Jurisdiction to review the defendant's decision is specifically conferred on this court by 42 U.S.C. § 405(g).

**Response:** Admit.

3.**Complaint:**42 U.S.C. §§ 416(I) and 423 provide, <u>inter</u> <u>alia</u>, for the payment of Social Security benefits to those individuals who are insured under the Social Security program. 42 U.S.C. § 423 provides that an individual shall be considered to be disabled if he is unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which has lasted or can be expected to last for a continuous period of not less than twelve months or which can be expected to result in death.

**Response:**Admit.

4.**Complaint:**Plaintiff, Kristine E. Henriksen, (XXX-XX-2860) is a resident of Arlington Heights, Illinois, which is located in Cook County.

**Response:**Admit.

5.**Complaint:**Plaintiff filed an application for Social Security Disability Insurance Benefits (DIB) on April 14, 2005, alleging disability commencing on January 1, 2003. The application was initially denied on June 22, 2005, and upon reconsideration on December 28, 2005. Plaintiff timely filed a Request for Hearing on February 28, 2006, and appeared and testified at an administrative hearing on April 12, 2007 before Administrative Law Judge Cynthia M. Bretthauer ("ALJ") in Evanston, Illinois. By notice dated April 27, 2007, ALJ Bretthauer issued a decision denying Plaintiff's claim for benefits.

**Response:**Admit.

6.**Complaint:**Plaintiff then filed a timely Request for Review of the hearing decision with the Social Security Administration's Appeals Council. On August 28, 2007, the Appeals Council denied review, thus rendering a final administrative decision by the Commissioner. 20 C.F.R. § 404.981.

**Response:** Admit.

**7.** **Complaint**: Plaintiff's complaint can be filed up to and including 65 days after the Appeals Council action. Thus, Plaintiff's complaint can be timely filed on or before November 1, 2007.

**Response:** Admit.

**8.** **Complaint:** Plaintiff requests judicial review of the Commissioner's adverse decision on the following grounds:

a. The Administrative Law Judge erred in rendering a decision that was not supported by substantial evidence and contains errors of law.

b. The Appeals Council erred in declining review of an adverse decision that was not supported by substantial evidence and contains errors of law.

**Response:** Deny.

Answering further, defendant states as follows:

With respect to plaintiff's request that an attorney's fee be awarded by the court, defendant states that, if the court renders a judgment favorable to the plaintiff, the court may award a reasonable attorney's fee, not to exceed 25 percent of the total past-due benefits, pursuant to sections 206(b) and 1631(d)(2) of the Act, 42 U.S.C. §§ 406(b), 1383(d)(2). Any fee so awarded would be paid from such past-due benefits. The Commissioner reserves the right to oppose any award under this statute.

With respect to plaintiff's request for attorney fees under the Equal Access to Justice Act, should the plaintiff prevail and file an application for fees against the United States in accordance

with the requirements of 28 U.S.C. § 2412, enacted as part of the Equal Access to Justice Act, the Commissioner reserves the right to oppose any award under this statute.

The remainder of plaintiff's complaint represents a prayer for relief to which no responsive pleading is required. To the extent that the prayer for relief is deemed to allege facts to which a response is required, defendant denies the allegations.

Defendant denies all other allegations of plaintiff's complaint not specifically admitted.

In accordance with section 205(g) of the Social Security Act, 42 U.S.C. Section 405(g), defendant files as part of the answer a certified copy of the transcript of the record including the evidence upon which the findings and decisions complained of are based.

WHEREFORE, defendant Michael J. Astrue, Commissioner of Social Security, requests that this court enter judgment in his favor and against plaintiff with costs and with such further relief as may be appropriate.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By: s/ Kathryn A. Kelly
     KATHRYN A. KELLY
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-1936
     kathryn.kelly@usdog.gov

Of Counsel:

DONNA L. CALVERT
Regional Chief Counsel
Social Security Administration

KAREN SAYON
Assistant Regional Counsel
200 West Adams Street, Suite 3000
Chicago, Illinois 60606
(312) 353-9246

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that the following document:

**Answer**

was served on February 14, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any, and that a **Certified Copy of Administrative Record** was sent by first class mail to the following:

Frederick J. Daly, Jr.
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, Illinois 60603

<u>s/ Kathryn A. Kelly</u>
KATHRYN A. KELLY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1936
kathryn.kelly@usdoj.gov