UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTINE E. HENRIKSEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-C-6142 |
| ) | |
| v. ) | |
| ) | Hon. Jeffrey Cole |
| MICHAEL J. ASTRUE, ) | U.S. Magistrate Judge |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE HER OPENING MEMORANDUM**

Plaintiff, KRISTINE HENRIKSEN, by and through his undersigned attorney, Frederick J. Daley, respectfully files this motion for an extension of time of ten (10) additional days in which to file her Opening Brief pursuant to Fed. R. Civ. P. 6(b)(1).

1. Pursuant to the Magistrate Judge's Order, Plaintiff's Opening Brief is due on or before March 11, 2008. However, despite due diligence, Plaintiff will be unable to complete the brief at that time.

2. Frederick J. Daley, Jr., the lead attorney overseeing the case, was out of the office from February 29, 2008 through March 9, 2008 and had numerous briefs due recently, including a Reply brief in *Raflik v. Astrue*, Case No.: 07-C-854 (E.D. Wisc.) and an EAJA Reply brief in *Zimpfer v. Astrue*, Case No.: 06-C-704 (N.D. Ind.) on March 3, 2008, an EAJA Reply brief in *Egan v. Astrue*, Case No.: 05-C-6752 (N.D. Ill) due on March 5, 2008, and a Reply Brief in *Olson v. Astrue*, Case No.: 07-C-756 (W.D. Wisc.) due on March 7, 2008, all of which took a great deal of time, particularly when attempting to review them remotely from outside of the office. Additionally, he has a

number of briefs due this week and next week, requiring an extension through March 21, 2008, in order to have ample time to review and submit the Opening Brief in this case.

    3.    Also, the senior associate assisting Mr. Daley with the opening brief will be of the office from March 13 through March 17 due to family matters, and will not be able to complete the Opening Brief without an extension due to numerous other deadlines. No other attorney or law clerk was available to assist in this matter. All other associates are currently involved in briefing or supervising other matters before the Seventh Circuit and other district courts.

    4.    Counsel's office contacted Karen Sayon, counsel of record for the Defendant, on March 10, 2008, and she indicated that the Commissioner is unopposed to the extension as long as his time to respond is equally extended.

    WHEREFORE, Plaintiff respectfully requests this Honorable Court grant her Motion for extension of time to file her Opening Brief through March 21, 2008, and extend Defendant's Responsive brief due date through May 5, 2008 with the Reply Brief due on or before May 15, 2008.

Dated: March 10, 2008  
       Chicago, Illinois

Respectfully Submitted,

s/ Frederick J. Daley, Jr.  
Frederick J. Daley, Jr.  
Attorney for Plaintiff  
Kristine E. Henriksen  
fdaley@ddbchicago.com

DALEY, DE BOFSKY & BRYANT  
55 West Monroe Street, Suite 2440  
Chicago, Illinois 60603  
(312) 372-5200 / Fax (312) 372-2778

CERTIFICATE OF SERVICE

TO: **Kathryn Kelly**  **Karen Sayon**
U.S. Attorney's Office  Assistant Regional Counsel, SSA
219 S. Dearborn St., 5th Floor  200 W. Adams St., 30th Floor
Chicago, Illinois 60604  Chicago, Illinois 60606

The undersigned attorney hereby certifies that on March 10, 2008, he electronically filed the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE HER OPENING MEMORANDUM with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to Kathryn Kelly, Esq., the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: Karen Sayon, Esq.

s/ Frederick J. Daley, Jr.
Frederick J. Daley, Jr.
DALEY, DE BOFSKY & BRYANT  Attorney for Plaintiff
55 West Monroe Street, Suite 2440  Kristine E. Henriksen
Chicago, Illinois 60603  fdaley@ddbchicago.com
(312) 372-5200 / Fax (312) 372-2778