UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTINE E. HENRIKSEN, | ) |
| | ) |
| Plaintiff, | ) Case No. 07-C-6142 |
| | ) |
| v. | ) |
| | ) Hon. Jeffrey Cole |
| MICHAEL J. ASTRUE, | ) U.S. Magistrate Judge |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, the 19th day of March, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Magistrate Judge Cole or any Judge sitting in his stead, in the courtroom usually occupied by him, and present the attached PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE HER OPENING MEMORANDUM, a copy of which is attached and herewith served upon you.

                                                                   s/ Frederick J. Daley, Jr.
                                                                   Frederick J. Daley, Jr.

## CERTIFICATE OF SERVICE

TO:  **Kathryn Kelly**　　　　　　　　**Karen Sayon**
       U.S. Attorney's Office　　　　　Assistant Regional Counsel, SSA
       219 S. Dearborn St., 5th Floor　　200 W. Adams St., 30th Floor
       Chicago, Illinois 60604　　　　Chicago, Illinois 60606

The undersigned attorney hereby certifies that on March 10, 2008, he electronically filed the foregoing PLAINTIFF'S UNOPPOSED MOTION with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to Kathryn Kelly, Esq., the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: Karen Sayon, Esq.

                                                                   s/ Frederick J. Daley, Jr.
                                                                    Frederick J. Daley, Jr.

DALEY, DE BOFSKY & BRYANT　　　　Attorney for Plaintiff
55 West Monroe Street, Suite 2440　　　　Kristine E. Henriksen
Chicago, Illinois 60603　　　　　　　　　　fdaley@ddbchicago.com
(312) 372-5200 / Fax (312) 372-2778