## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6142 | **DATE** | 3/10/2008 |
| **CASE TITLE** | Henriksen vs. Astrue | | |

**DOCKET ENTRY TEXT**

Plaintiff's unopposed motion for an extension of time in which to file her opening brief [17] is granted. Plaintiff's opening brief due by 3/21/08; Defendant's responsive brief is due by 5/5/08; Reply brief due by 5/15/08. No appearance is necessary on 3/19./08 at 8:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy | CDH |
|---|---|---|
| | | |