UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTINE E. HENRIKSEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-C-6142 |
| | ) | |
| v. | ) | |
| | ) | **Hon. Jeffrey Cole** |
| MICHAEL J. ASTRUE, | ) | U.S. Magistrate Judge |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR REMAND

NOW COMES Plaintiff, KRISTINE E. HENRIKSEN, by her undersigned attorney, and moves this Court for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and local rule 12(d). In furtherance of her motion, Plaintiff states as follows:

1. That for reasons stated in the Memorandum in Support of Plaintiff's Motion for Summary Judgment or Remand, a copy of which is attached, no genuine issue of material fact exists.

2. As a result of the lack of any genuine issues of material fact, Plaintiff is entitled to Judgment as a matter of law.

WHEREFORE, Plaintiff respectfully requests this Court to enter Summary Judgment in her favor and reverse or remand the previous administrative decision.

Dated: March 21, 2008                                                  Respectfully Submitted,


                                                                       s/ Marcie E. Goldbloom
                                                                       Marcie E. Goldbloom
Daley, DeBofsky & Bryant                                               Attorney for Plaintiff
55 W. Monroe St., Suite 2440                                           Kristine E. Henriksen
Chicago, Illinois 60603                                                mgoldbloom@ddbchicago.com
(312) 372-5200; (312) 372-2778 *fax*

<u>CERTIFICATE OF SERVICE</u>

TO: Kathryn Kelly  
Assistant United States Attorney  
219 S. Dearborn St., 5th Floor  
Chicago, IL 60604

Karen Sayon  
Assistant Regional Counsel  
200 W. Adams St., 30th Floor  
Chicago, IL 60606

    The undersigned attorney hereby certifies that on March 21, 2008, she electronically filed the foregoing PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR REMAND with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to Kathryn Kelly, the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: Karen Sayon, Esq.

    s/ Marcie E. Goldbloom  
    Marcie E. Goldbloom

Daley, DeBofsky & Bryant  
55 W. Monroe St., Suite 2440  
Chicago, Illinois 60603  
(312) 372-5200; (312) 372-2778 *fax*

Attorney for Plaintiff  
Kristine E. Henriksen  
mgoldbloom@ddbchicago.com