UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTINE E. HENRIKSEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07-C-6142 |
| | ) | |
| v. | ) | |
| | ) | **Hon. Jeffrey Cole** |
| MICHAEL J. ASTRUE, | ) | U.S. Magistrate Judge |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF FIFTEEN PAGES

Plaintiff, Kristine E. Henriksen, by her attorney, Marcie E. Goldbloom, moves this Honorable Court to allow her leave to file this MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY OF JUDGMENT in excess of 15 pages.  The Memorandum is 24 pages long, and otherwise conforms to the Local Rules of the U.S. District Court for the Northern District of Illinois.  In support of her Motion, Plaintiff states as follows:

1.    The Memorandum concerns Review of the Commissioner's denial of Disability Insurance Benefits.  The administrative record consists of 237 pages.

2.    Plaintiff's counsel attempted to set forth her Memorandum as succinctly as possible; however, this case involves some unusual and complex issues.  Moreover, the brief format is one of appellate style, which is different from your typical Motions for Summary Judgment, which allow for separate Rule 56.1 statements where the facts are in a separate document. Plaintiff tried to present all of her arguments fully so as to avoid waiver and for the benefit of the Court.

\

3.  The review of the procedural history, medical evidence and applicable law required 11 pages.  The argument required another 13 pages.

4.  Plaintiff has no objections if the Commissioner wishes to file a Responsive Brief in excess of 15 pages.

WHEREFORE, Plaintiff moves this Honorable Court to allow the filing of Plaintiff's Brief in excess of 15 pages.

Dated: March 21, 2008                           Respectfully Submitted,


                                                s/ Marcie E. Goldbloom
                                                Marcie E. Goldbloom
Daley, DeBofsky & Bryant                        Attorney for Plaintiff
55 W. Monroe St., Suite 2440                    Kristine E. Henriksen
Chicago, Illinois 60603                         mgoldbloom@ddbchicago.com
(312) 372-5200; (312) 372-2778 *fax*

<u>CERTIFICATE OF SERVICE</u>

TO:    Kathryn Kelly                        Karen Sayon
       Assistant United States Attorney     Assistant Regional Counsel
       219 S. Dearborn St., 5th Floor     200 W. Adams St., 30th Floor
       Chicago, IL 60604                    Chicago, IL 60606

The undersigned attorney hereby certifies that on March 21, 2008, she electronically filed the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF FIFTEEN PAGES with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to Kathryn Kelly, the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: Karen Sayon, Esq.

                                                s/ Marcie E. Goldbloom
                                                Marcie E. Goldbloom
Daley, DeBofsky & Bryant                        Attorney for Plaintiff
55 W. Monroe St., Suite 2440                    Kristine E. Henriksen
Chicago, Illinois 60603                         mgoldbloom@ddbchicago.com
(312) 372-5200; (312) 372-2778 *fax*