UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTINE E. HENRIKSEN, | ) |
| | ) |
| Plaintiff, | ) Case No.  07-C-6142 |
| | ) |
| v. | ) |
| | ) **Hon. Jeffrey Cole** |
| MICHAEL J. ASTRUE, | ) U.S. Magistrate Judge |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, the 28th day of March, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Magistrate Judge Cole or any Judge sitting in his stead, in the courtroom usually occupied by him, and present the attached PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED MEMORANDUM, MOTION FOR SUMMARY JUDGMENT and MEMORANDUM IN SUPPORT, a copy of which is attached and herewith served upon you.

s/ Marcie E. Goldbloom
Marcie E. Goldbloom

## CERTIFICATE OF SERVICE

TO:  Kathryn Kelly                                  Karen Sayon
     Assistant United States Attorney               Assistant Regional Counsel
     219 S. Dearborn St., 5th Floor                 200 W. Adams St., 30th Floor
     Chicago, IL 60604                              Chicago, IL 60606

The undersigned attorney hereby certifies that on March 21, 2008, she electronically filed the foregoing PLAINTIFF'S MOTIONs and MEMORANDUM with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to Kathryn Kelly, the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: Karen Sayon, Esq.

s/ Marcie E. Goldbloom
Daley, DeBofsky & Bryant                           Marcie E. Goldbloom
55 W. Monroe St., Suite 2440                       Attorney for Plaintiff
Chicago, Illinois 60603                            Kristine E. Henriksen
(312) 372-5200; (312) 372-2778 *fax*               mgoldbloom@ddbchicago.com