UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTINE HENRIKSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 C 6142 |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | Magistrate Judge Cole |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant, Michael J. Astrue, Commissioner of Social Security, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for summary judgment in his favor. In support thereof, defendant files the attached memorandum of law.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Kathryn A. Kelly
KATHRYN A. KELLY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1936
kathryn.kelly@usdoj.gov