Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6142 | **DATE** | 9/9/2008 |
| **CASE TITLE** | Henriksen vs. Astrue | | |

**DOCKET ENTRY TEXT**

The plaintiff's motion for summary judgment or remand [20] is granted, and the Commissioner's motion for summary judgment [24] is denied.  Enter Memorandum Opinion and Order.   Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|